IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02892-AP

CYNTHIA S. JOHNS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> RICK P. SAUER, ESQ.
> 700 Macon Ave.
> Canon City, CO 81212
> (719) 275-7591
> rps@bresnan.net
>
> For Defendant:
> JOHN F. WALSH
> United States Attorney
>
> KEVIN TRASKOS
> Chief, Civil Division
> United States Attorney's Office
> District of Colorado
>
> THOMAS H. KRAUS
> Special Assistant United States Attorney
> 1001 17th Street
> Denver, Colorado 80202
> (303) 844-0017
> E-mail: tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**  11/29/10

   B.   **Date Complaint Was Served on U.S. Attorney's Office:**  12/9/10

   C.   **Date Answer and Administrative Record Were Filed:**  2/8/11

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:**  4/18/11

   B.   **Defendant's Response Brief Due:**  5/9/11

   C.   **Plaintiff's Reply Brief (If Any) Due:**  5/24/11

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**  Oral Argument not requested.

   B.   **Defendant's Statement:**  Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>1st</u> day of <u>March</u>, 2011.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Rick P. Sauer | UNITED STATES ATTORNEY |
| RICK P. SAUER | |
| 700 Macon Ave. | KEVIN TRASKOS |
| Canon City, CO 81212 | Deputy Chief, Civil Division |
| (719) 275-7591 | United States Attorney' Office |
| rps@bresnan.net | District of Colorado |
| | |
| Attorney for Plaintiff | s/ Thomas H. Kraus |
| | THOMAS H. KRAUS |
| | Special Assistant U.S. Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | Telephone:  (303) 844-0017 |
| | tom.kraus@ssa.gov |
| | |
| | Attorneys for Defendant |